4767, 4780. HATTON *v.* MORTON & COMPANY *et al.;* and *vice versa.*

RUSSELL, J. 1. The contract to pay commissions for the sale of real estate, upon which the suit was brought, was made and was to be performed within the State of Georgia; and hence its validity, form, and effect is to be controlled by the law of this State.

2. Under the ruling of this court in *Ford* v. *Thomason,* 11 *Ga. App.* 359 (75 S. E. 269), which was followed in *Horsley* v. *Woodley,* 12 *Ga. App.* 456 (78 S. E. 260), the plaintiff was not entitled to recover; because he had not registered as a real-estate dealer, as required by law. The court did not err in directing a verdict in favor of the defendant; and in view of the affirmance of that judgment, the assignments of error in the cross-bill of exceptions will not be considered.

*Judgment upon the main bill of exceptions affirmed. Cross-bill of exceptions dismissed.*

DECIDED SEPTEMBER 23, 1913.

Complaint; from city court of Waycross—Judge McDonald. January 20, 1913.

*Herbert W. Wilson, John S. Walker,* for plaintiff.

*Wilson, Bennett & Lambdin,* for defendants.